**1258** WARNER vs. BOARD OF TRUSTEES (Village of Lawrence), 62 M., 251.

To compel approval of a liquor bond.

Granted July 1, 1886.

Relator presented the bond April 12, 1886. The matter was deferred until May 3, 1886, on which day an ordinance of the village, passed April 9, 1886, took effect and respondents base their refusal upon the ordinance.

Held, that as the statute required relator to file his bond on or before May 1, it was the duty of respondents to act upon it before that date and that said ordinance had no force until May 3.

**1259** KUHN vs. COMMON COUNCIL (Detroit), 70 M., 534.

To compel the approval of liquor dealer's bond.

Granted June 8, 1888.

**1260** GUST vs. PRESIDENT AND TRUSTEES OF THE VILLAGE OF WHITE CLOUD, No. 12869.

To compel the approval of a liquor bond.

Denied June 29, 1892, with costs.

The answer set forth that one of the sureties on the bond was the treasurer of said village, and that he was therefore ineligible, and further, that said surety was not, in their judgment, worth the amount of said bond, over and above his indebtedness and exemption.